UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM R. KERESZTESSY          :
                                :
      v.                        :    C.A. No. 16-088A
                                :
CAROLYN W. COLVIN, Acting       :
Commissioner, Social Security   :
Administration                  :

## ORDER

After due consideration of the parties' arguments and review of the relevant portions of the Administrative Record, and for the reasons stated at the hearing held on December 14, 2016, Plaintiff's Motion to Reverse (Document No. 11) is DENIED; and Defendant's Motion to Affirm (Document No. 13) is GRANTED. The Clerk shall enter Final Judgment in favor of Defendant.

SO ORDERED

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
December 14, 2016